DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road., #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In Re:<br>MCKAY, TINA C.<br><br>Debtor(s) | Case No.: BK-S-13-12701 BTB<br>Chapter 7<br><br>Hearing Date : N/A<br>Hearing Time: N/A |
|---|---|

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the Trustee hereby reports the results of the sale following the *Trustee's Motion To Sell Assets Of The Estate Free And Clear Of Liens And Encumbrances And To Surcharge Proceeds Of Sale – Real Property [1513 Lake Placid Terrace, Henderson, NV 89014],* which was granted by Court Order entered April 3, 2014 [Dkt. No. 35].

Attached as Exhibit 1 is the Final Combined Statement.

| SALES PRICE | $82,000.00 |
|---|---|
| CLOSING COSTS | -$18,490.12 |
| §506(c) CARVE-OUT BUYER'S PREMIUM | $7,350.00 |
| SALE PROCEEDS | $63,509.88 |

The Trustee declares the foregoing is true and correct under penalty of perjury.

**DATED** this Wednesday, April 16, 2014.

                                                      Respectfully Submitted:
                                                     By:   /s/ *David A. Rosenberg*
                                                     David A. Rosenberg
                                                     Panel Bankruptcy Trustee

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1

# EXHIBIT 1



OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv. Unins. | | 6. File Number: 01415-10391 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |
| 4. ☐ VA  5. ☐ Conv. Ins.  ☐ Other | | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. Name & Address of Borrower:** Tax Lien Income Fund I, LLC, 3960 Howard Hughes Pkwy. #500, Las Vegas, NV 89169

**E. Name & Address of Seller:** David A. Rosenberg, BK TTEE for the Estate of Tina C. McKay, debtor, Case No. 13-12701-btb, 5030 Paradise Rd., #B-215, Las Vegas, NV 89119

**F. Name & Address of Lender:** Lender

**G. Property Location:** 1513 Lake Placid Terrace Henderson, Nevada 89014

178-09-512-040

**H. Settlement Agent:** Stewart Title Company, 376 E. Warm Springs Road, Suite 190, Las Vegas, NV 89119, (702) 697-3700
**Place of Settlement:** 376 E. Warm Springs Road, Suite 190, Las Vegas, NV 89119

**I. Settlement Date:** 4/4/2014   **Proration Date:** 4/4/2014   **Disbursement Date:** None

| J. Summary of Borrower's Transaction | | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|---|
| 100. | Gross Amount Due from Borrower | | 400. | Gross Amount Due to Seller | |
| 101. | Contract sales price | $82,000.00 | 401. | Contract sales price | $82,000.00 |
| 102. | Personal property | | 402. | Personal property | |
| 103. | Settlement charges to borrower (line 1400) | $1,804.70 | 403. | | |
| 104. | | | 404. | | |
| 105. | | | 405. | | |
| Adjustments for items paid by seller in advance | | | Adjustments for items paid by seller in advance | | |
| 106. | City/town taxes | | 406. | City/town taxes | |
| 107. | County taxes 4/8/2014 to 7/1/2014 | $133.28 | 407. | County taxes 4/8/2014 to 7/1/2014 | $133.28 |
| 108. | Assessments | | 408. | Assessments | |
| 109. | Sewer | | 409. | Sewer | |
| 110. | HOA Dues 4/8/2014 to 5/1/2014 | $114.62 | 410. | HOA Dues 4/8/2014 to 5/1/2014 | $114.62 |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| 120. | Gross Amount Due from Borrower | $84,052.60 | 420. | Gross Amount Due to Seller | $82,247.90 |
| 200. | Amounts Paid by or in Behalf of Borrower | | 500. | Reductions in Amount Due to Seller | |
| 201. | Deposit or earnest money | | 501. | Excess deposit (see instructions) | |
| 202. | Principal amount of new loan(s) | | 502. | Settlement charges to seller (line 1400) | $18,738.02 |
| 203. | Existing loan(s) taken subject to | | 503. | Existing loan(s) taken subject to | |
| 204. | | | 504. | Payoff of first mortgage loan | |
| 205. | Deposit to Close | $84,104.96 | 505. | Payoff of second mortgage loan | |
| 206. | | | 506. | | |
| 207. | | | 507. | | |
| 208. | Seller credits to buyer | | 508. | Seller credits to buyer | |
| 209. | | | 509. | | |
| Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | | |
| 210. | City/town taxes | | 510. | City/town taxes | |
| 211. | County taxes | | 511. | County taxes | |
| 212. | Assessments | | 512. | Assessments | |
| 213. | | | 513. | | |
| 214. | | | 514. | | |
| 215. | | | 515. | | |
| 216. | | | 516. | | |
| 217. | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| 220. | Total Paid by/for Borrower | $84,104.96 | 520. | Total Reduction Amount Due Seller | $18,738.02 |
| 300. | Cash at Settlement from/to Borrower | | 600. | Cash at Settlement to/from Seller | |
| 301. | Gross amount due from borrower (line 120) | $84,052.60 | 601. | Gross amount due to seller (line 420) | $82,247.90 |
| 302. | Less amounts paid by/for borrower (line 220) | ($84,104.96) | 602. | Less reductions in amount due seller (line 520) | ($18,738.02) |
| 303. | Cash ☐ From ☒ To Borrower | $52.36 | 603. | Cash ☒ To ☐ From Seller | $63,509.88 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT -** The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

**SELLER INSTRUCTION -** If this real estate was your principal residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required to provide the Settlement Agent with your correct taxpayer identification number.
If you do not provide the Settlement Agent with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

DAVID A. ROSENBERG, BK TTEE FOR
THE ESTATE OF TINA C. MCKAY, DEBTOR,
CASE NO. 13-12701-BTB

_____
David A. Rosenberg
BK TTEE

*The undersigned hereby certifies this to be a true and correct copy of the original document.*
*STEWART TITLE OF NEVADA*
*By _____*

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| | L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | Total Real Estate Broker Fees based on price $82,000.00 @ 6.000000% = $4,920.00 | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $3,280.00 to Platinum Real Estate Professionals | | | |
| 702. | $1,640.00 to Realty ONE Group, Inc | | | |
| 703. | Commission paid at settlement $4,920.00 | | | $4,920.00 |
| 704. | Transaction Fee to Platinum Real Estate Professionals | | | $599.00 |
| 705. | Transaction fee to Realty ONE Group, Inc | | $375.00 | |
| 800. | Items Payable In Connection with Loan | | | |
| 801. | Our origination charge | (from GFE #1) | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. | Your adjusted origination charges | (from GFE A) | | |
| 804. | Appraisal fee | (from GFE #3) | | |
| 805. | Credit report | (from GFE #3) | | |
| 806. | Tax service | (from GFE #3) | | |
| 807. | Flood certification | (from GFE #3) | | |
| 808. | | | | |
| 900. | Items Required by Lender to Be Paid in Advance | | | |
| 901. | Daily interest charges from | (from GFE #10) | | |
| 902. | Mortgage insurance premium for | (from GFE #3) | | |
| 903. | Homeowner's insurance for | (from GFE #11) | | |
| 904. | | | | |
| 905. | | | | |
| 1000. | Reserves Deposited with Lender | | | |
| 1001. | Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. | Homeowner's insurance | | | |
| 1003. | Mortgage insurance | | | |
| 1004. | City property taxes | | | |
| 1005. | County property taxes | | | |
| 1006. | Annual Assessments (maint.) | | | |
| 1007. | | | | |
| 1008. | | | | |
| 1009. | Aggregate Adjustment | | | |
| 1100. | Title Charges | | | |
| 1101. | Title services and lender's title insurance | (from GFE #4) | $362.50 | |
| 1102. | Settlement or closing fee to Stewart Title Company | $312.50 | | $312.50 |
| 1103. | Owner's title insurance to Stewart Title Company | (from GFE #5) | $625.00 | |
| 1104. | Lender's title insurance to Stewart Title Company | | | |
| 1105. | Lender's title policy limit | | | |
| 1106. | Owner's title policy limit $82,000.00 | | | |
| 1107. | Agent's portion of the total title insurance premium to Stewart Title Company  $550.00 | | | |
| 1108. | Underwriter's portion of the total title insurance premium to Stewart Title Guaranty Company  $75.00 | | | |
| 1109. | | | | |
| 1110. | | | | |
| 1111. | Title clearing fee | | | |
| 1112. | Shipping/courier | | | |
| 1113. | Recon tracking | | | |
| 1114. | Insured Closing Letter | | | |
| 1115. | Title Work Charge to Stewart Title Company | $50.00 | | $50.00 |
| 1116. | Document fee to Stewart Title Company | | | $200.00 |
| 1200. | Government Recording and Transfer Charges | | | |
| 1201. | Government recording charges | (from GFE #7) | $24.00 | |
| 1202. | Deed $24.00 Mortgage Releases Other $46.00 | $24.00 | | $46.00 |
| 1203. | Transfer taxes | (from GFE #8) | $418.20 | |
| 1204. | City/County tax/stamps | | | |
| 1205. | State tax/stamps Deed $418.20 | $418.20 | | |
| 1206. | E-recording fee | | | |
| 1300. | Additional Settlement Charges | | | |
| 1301. | Required services that you can shop for | (from GFE #6) | | |
| 1302. | | | | |
| 1303. | | | | |
| 1304. | Real property taxes 2013-14 paid | | | |
| 1305. | HOA dues - exp. 4/25 to NAS | | | $4,587.52 |
| 1306. | HOA transfer fee to NAS | | | $250.00 |
| 1307. | Home warranty/WAIVED | | | |
| 1308. | Sewer paid by HOA | | | |
| 1309. | Trash paid by HOA | | | |
| 1310. | Reimbursement to Bob Diamond | | | $423.00 |
| 1311. | BK Release fee to BK TTEE | | | $7,350.00 |
| 1400. | Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | $1,804.70 | $18,738.02 |

Items marked "POC" were paid outside the closing by: Borrower (POCB), Lender (POCL), Mortgage Broker (POCM), Other (POCO), Real Estate Agent (POCR), or Seller (POCS).

**CERTIFICATION:**
I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement. The Settlement Agent does not warrant or represent the accuracy of information provided by any party, including information concerning POC items and information supplied by the lender in this transaction appearing on this HUD-1 Settlement Statement pertaining to "Comparison of Good Faith Estimate (GFE) and HUD-1 Charges" and "Loan Terms", and the parties hold harmless the Settlement Agent as to any inaccuracies in such matters. The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

TAX LIEN INCOME FUND 1, LLC

_____
David Zussman, Manager

DAVID A. ROSENBERG, BK TTEE FOR
THE ESTATE OF TINA C. MCKAY, DEBTOR,
CASE NO. 13-12701-BTB

_____
David A. Rosenberg
BK TTEE

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____         _____
Linda Jones                                                                Date

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | $0.00 | $0.00 |
| Your credit or charge (points) for the specific interest rate chosen | # 802 | $0.00 | $0.00 |
| Your adjusted origination charges | # 803 | $0.00 | $0.00 |
| Transfer taxes | # 1203 | $0.00 | $418.20 |

| Charges That In Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | $0.00 | $24.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | Total | $0.00 | $24.00 |
| | Increase between GFE and HUD-1 Charges | $24.00 or | 0.000000% |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | $0.00 | $0.00 |
| Daily interest charges | # 901 | $0.00 | $0.00 |
| Homeowner's insurance | # 903 | $0.00 | $0.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |

**Loan Terms**

| | |
|---|---|
| Your initial loan amount is | $0.00 |
| Your loan term is | _____ years  ☐ N/A |
| Your initial interest rate is | _____ % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | _____ includes  ☐ Principal  ☐ N/A  ☐ Interest  ☐ Mortgage Insurance |
| Can your interest rate rise? | ☐ No. ☐ Yes, it can rise to a maximum of _____%. The first change will be on _____ and can change again every _____ after _____. Every change date, your interest rate can increase or decrease by _____%. Over the life of the loan, your interest rate is guaranteed to never be lower than _____% or higher than _____%. |
| Even if you make payments on time, can your loan balance rise? | ☐ No. ☐ Yes, it can rise to a maximum of _____.  ☐ Unknown |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☐ No. ☐ Yes, the first increase can be on _____ and the monthly amount owed can rise to _____. The maximum it can ever rise to is _____. |
| Does your loan have a prepayment penalty? | ☐ No. ☐ Yes, your maximum prepayment penalty is _____. |
| Does your loan have a balloon payment? | ☐ No. ☐ Yes, you have a balloon payment of _____ due in _____ years on _____. |
| Total monthly amount owed including escrow account payments  ☐ *Paid by or through draws from the principal limit. | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.  ☐ You have an additional monthly escrow payment of _____ that results in a total initial monthly amount owed of _____. This includes principal, interest, any mortgage insurance and any items checked below:  ☐ Property taxes  ☐ Homeowner's insurance  ☐ Flood insurance  ☐ _____  ☐ _____ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.