DAVID A. ROSENBERG
Nevada Bar No.: 10738
US BANKRUPTCY TRUSTEE
5030 Paradise Road, #B-215
Las Vegas, Nevada 89119
Phone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**TINA C. MCKAY,**<br><br>Debtor. | Case No. BK-S-13-12701-BTB<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE, RE:**<br><br>*MOTION SEEKING AUTHORIZATION TO DISTRIBUTE NET PROCEEDS FROM SALE PURSUANT TO § 725 - REAL PROPERTY*<br><br>*[1513 LAKE PLACID TERRACE, HENDERSON, NV 89014]*<br><br>Date of Hearing:    November 24, 2014<br>Time of Hearing:    11:00 a.m. |

I certify that I am an employee of DAVID A. ROSENBERG, Bankruptcy Panel Trustee ("Trustee"), and that on Thursday, October 16, 2014, I served the following documents in accordance with Fed. R. Bankr. P. 2002, 7004 and 9014:

1. A true and correct copy of the *Motion Seeking Authorization To Distribute Net Proceeds From Sale Pursuant To § 725 - Real Property [1513 LAKE PLACID TERRACE, HENDERSON, NV 89014]* ("Motion"), including all declarations and exhibits (collectively, the "Document") and the notice of hearing ("Notice") were served as follows:

   a. ☒ (ELECTRONIC SERVICE)  The Notice of Electronic Filing automatically generated by the Court's facilities ("ECF"); including, but not limited to the following email addresses:

   CHARLES L KENNON, III on behalf of Creditor NATIONSTAR MORTGAGE LLC
   ckennon@ccfirm.com, jennifers@w-legal.com

   ANTHONY V. SORRENTINO on behalf of Debtor TINA C. MCKAY
   carson@franksorrentino.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

2. A true and correct copy of the Document and Notice were served as follows:

a. ☒ (UNITED STATES CERTIFIED MAIL) Pursuant to Fed. R. Bank. P. 7004, the Document and Notice were sent via certified first class postage prepaid to the parties listed below:

**Lienholder (FDIC Depository Institutions)**:
Bank of America, N.A.
Attn: Brian T. Moynihan, CEO
100 N Tryon Street #170
Charlotte, NC 28202

b. ☒ (UNITED STATES MAIL) Pursuant to Fed. R. Bankr. P. 2002, the Document and Notice were sent via first class postage prepaid to the parties listed below:

**Debtor**:
Tina C. Mckay
337 Evan Picone Drive
Henderson, NV 89014

**Lienholders and Parties in Interest**:
OneNevada Credit Union
Attn: Bankruptcy Department
2645 S Mojave Road
Las Vegas, NV 89121

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
P.O. Box 630267
Irving, TX 75063

Attorney for Nationstar Mortgage, LLC
Charles L. Kennon, III, Esq.
The Cooper Castle Law Firm, LLP
5275 S Durango Drive
Las Vegas, NV 89113

First Service Residential
fka Excellence Community Management
c/o: Desert Linn Homeowners Association
Attn: Bankruptcy Department
8290 Arville Street
Las Vegas NV 89139

Nevada Association Services, Inc.
Attn: Bankruptcy Department
6224 W. Desert Inn Road
Las Vegas, NV 89146

3. Additionally, a true and correct copy of the Notice was served as follows:

    a.     ☒ (UNITED STATES MAIL) Pursuant to Fed. R. Bankr. P. 2002, the Notice was sent via first class postage prepaid to the parties listed below.

**Creditor Mailing Matrix**:

The entire matrix (except for the Trustee and the Office of the United States Trustee) received a copy of the Notice by U.S. Mail. *See* attached mailing matrix.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED: Thursday, October 16, 2014

                                            */s/Mathew Kane*
                                            An Employee of David A. Rosenberg
                                            Chapter 7 Trustee

```
Label Matrix for local noticing          NATIONSTAR MORTGAGE, LLC              RECOVERY MANAGEMENT SYSTEMS CORPORATION
0978-2                                    C/O THE COOPER CASTLE LAW FIRM        25 S.E. SECOND AVENUE
Case 13-12701-btb                         5275 SO DURANGO DR                    INGRAHAM BUILDING, SUITE 1120
District of Nevada                        LAS VEGAS, NV 89113-0159              MIAMI, FL 33131-1605
Las Vegas
Thu Oct 16 11:28:04 PDT 2014

United States Bankruptcy Court            (p)BANK OF AMERICA                    Cardmember Service
300 Las Vegas Blvd., South                PO BOX 982238                         PO Box 94014
Las Vegas, NV 89101-5833                  EL PASO TX 79998-2238                 Palatine, IL 60094-4014


DESERT LINN OWNERS ASSOC.                 Excellent Community/Desert Linn HOA   FHA
DESERT LINN C/O EXCELLENCE COMMUNITY MAN  601 Whitney Ranch Drive               U.S. Department of Housing & Urban Dev.
601 WHITNEY RANCH DR., STE. B-10          Henderson, NV 89014-2643              451 7th Street S.W.
HENDERSON, NV 89014-2643                                                        Washington, DC 20410-0002


Kohl's                                    ORION                                 Recovery Management Systems Corporation
PO Box 2983                               C/O RECOVERY MANAGEMENT SYSTEMS CORP  25 S.E. 2nd Avenue, Suite 1120
Milwaukee, WI 53201-2983                  25 SE 2ND AVENUE SUITE 1120           Miami, FL 33131-1605
                                          MIAMI FL 33131-1605


U.S. TRUSTEE - LV - 7                     Veterans Affairs                      Wells Fargo Card Services
300 LAS VEGAS BOULEVARD, SO.              VA Regional Loan Center               1 Home Campus 3rd Floor
SUITE 4300                                125 South Main Street                 Des Moines, IA 50328-0001
LAS VEGAS, NV 89101-5803                  Muskogee, OK 74401-7009


Wells Fargo Card Services                 ANTHONY V. SORRENTINO                 DAVID A ROSENBERG
PO Box 30086                              1118 E. CARSON AVE.                   5030 PARADISE RD, #B-215
Los Angeles, CA 90030-0086                LAS VEGAS, NV 89101-5327              LAS VEGAS, NV 89119-1225


TINA C. MCKAY
337 EVAN PICONE DRIVE
HENDERSON, NV 89014-6065
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America Mortgage
CA Legal Order Processing
CA9-705-05-07/CA9-70505-38
1000 W. Temple Street
Los Angeles, CA 90012
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)NATIONSTAR MORTGAGE LLC       (u)BOB DIAMOND
                                 PLATINUM REAL ESTATE PROFESSIONALS


                                                                      End of Label Matrix
                                                                      Mailable recipients    18
                                                                      Bypassed recipients     2
                                                                      Total                  20
```