_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
December 02, 2014

DAVID A. ROSENBERG
Nevada Bar No. 10738
U.S. BANKRUPTCY TRUSTEE
5030 Paradise RD., #B-215
Las Vegas, NV 89119
Telephone: (702) 405-7312
Fax: (702) 947-2244
darosenberg@7trustee.net

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**TINA C. MCKAY,**<br><br>Debtor. | Case No.: BK-S-13-12701 BTB<br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>**ORDER GRANTING:**<br>*MOTION SEEKING AUTHORIZATION TO DISTRIBUTE NET PROCEEDS FROM SALE PURSUANT TO § 725 - REAL PROPERTY*<br><br>**[1513 LAKE PLACID TERRACE, HENDERSON, NV 89014]**<br><br>**DATE**: November 24, 2014<br>**TIME**: 11:00 a.m. |

On November 24, 2014, a hearing was held before the Honorable Bruce T. Beesley, Bankruptcy Court Judge, District of Nevada, in the above-captioned chapter 7 case upon the Trustee's *Motion Seeking Authorization to Distribute Net Proceeds From Sale Pursuant to § 725 - Real Property Located At 1513 Lake Placid Terrace, Henderson, NV 89014* ("Motion").

There appearing no opposition as set forth in the recorded transcript of the hearing on the Motion, having given due consideration to the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Trustee's Motion to distribute the $63,509.88 of the Net Proceeds is GRANTED.

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that the Trustee is authorized to distribute the $63,509.88 of the Net Proceeds to Nationstar Mortgage, LLC.

**DATED**: Tuesday, November 25, 2014.                    Respectfully Submitted by:

                                               */s/ David A. Rosenberg*
                                               DAVID A. ROSENBERG
                                               **US BANKRUPTCY TRUSTEE**

**ALTERNATIVE METHOD RE: RULE 9021**

\_\_\_\_\_   The Court has waived the requirement of approval under L.R. 9021.

  x     No parties appeared of filed written objections, and there is no other Trustee appointed in the case.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved this order, or failed to respond, as indicated below: