# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: MCKAY, TINA C.   § Case No. 13-12701
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 29, 2013. The undersigned trustee was appointed on March 29, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         89,597.90

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 63,509.88 |
| Administrative expenses | 22,104.10 |
| Bank service fees | 840.24 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 3,143.68 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/22/2013 and the deadline for filing governmental claims was 09/25/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,982.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $3,295.10 as interim compensation and now requests the sum of $0.00, for a total compensation of $3,295.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $442.37, for total expenses of $442.37.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/24/2015          By: /s/David A. Rosenberg, Trustee
                          Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-12701  
**Case Name:** MCKAY, TINA C.  

**Period Ending:** 04/24/15

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 03/29/13 (f)  
**§341(a) Meeting Date:** 05/03/13  
**Claims Bar Date:** 08/22/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1513 Lake Placid Terrace, Henderson, SURRENDER | 74,807.00 | 0.00 | | 89,597.90 | FA |
| 2 | Checking Account with One Nevada Credit Union #6<br>No value to estate | 85.00 | 85.00 | | 0.00 | FA |
| 3 | Savings Account with One Nevada Credit Union #68<br>No value to estate | 85.00 | 85.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings<br>No value to estate | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>No value to estate | 800.00 | 0.00 | | 0.00 | FA |
| 6 | Misc Jewelry<br>No value to estate | 400.00 | 0.00 | | 0.00 | FA |
| 7 | IRA<br>No value to estate | 8,947.00 | 0.00 | | 0.00 | FA |
| 8 | 2013 Tax Refund<br>No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2004 Nissan Xterra - LBBV 89,000 miles<br>No value to estate | 5,703.00 | 0.00 | | 0.00 | FA |
| 10 | Wages paid bi-weekly<br>No value to estate | 1,383.00 | 346.00 | | 0.00 | FA |
| 11 | Duplicate asset  (u)<br>Duplicate asset | 0.00 | 0.00 | | 0.00 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$97,210.00** | **$516.00** | | **$89,597.90** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO  
    Ready for TFR.  
    12/2/14: Order Granting Disbursement Entered.  
    10/16/14: Motion to Disburse Net Proceeds filed. Hearing scheduled for 11/24/14.  
    04/16/14 - Report of sale filed  
    02/13/14: Motion to Sell Filed.  
    04/03/14: Order Granting Entered.  
    04/10/14: Escrow Closed, checks received.  
    11/20/13: Realtor hired.

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-12701  
**Case Name:** MCKAY, TINA C.  

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 03/29/13 (f)  
**§341(a) Meeting Date:** 05/03/13  

**Period Ending:** 04/24/15  

**Claims Bar Date:** 08/22/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Claims bar date 8/22/2013  
03/29/13: Assigned to case.

**Initial Projected Date Of Final Report (TFR):** May 3, 2015    **Current Projected Date Of Final Report (TFR):** May 3, 2015

Printed: 04/24/2015 03:17 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-12701  
**Case Name:** MCKAY, TINA C.  
**Taxpayer ID #:** **-***3535  
**Period Ending:** 04/24/15

**Trustee:** David A. Rosenberg, Trustee (480023)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/14 | {1} | Stewart Title Company | Buyer's Premium | 1110-002 | 7,350.00 | | 7,350.00 |
| 04/18/14 | 101 | David A. Rosenberg, Trustee | Claim allowed per Court Order entered 4/3/2014 [Doc 35] | 2100-000 | | 3,295.10 | 4,054.90 |
| 12/10/14 | | To Account #******3167 | Transfer funds | 9999-000 | | 2,000.00 | 2,054.90 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.60 | 1,970.30 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,960.30 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,950.30 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,940.30 |
| 04/24/15 | | To Account #******3167 | Transfer Funds | 9999-000 | | 1,940.30 | 0.00 |
| | | | ACCOUNT TOTALS | | 7,350.00 | 7,350.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,940.30 | |
| | | | Subtotal | | 7,350.00 | 3,409.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $7,350.00 | $3,409.70 | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-12701 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | MCKAY, TINA C. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3167 - Checking Account - Exempt |
| Taxpayer ID #: | **-***3535 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/24/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/16/14 | | Stewart Title Company | Proceeds from sale of real property | | 63,509.88 | | 63,509.88 |
| | {1} | | Contract Sales Price    82,000.00 | 1110-000 | | | 63,509.88 |
| | {1} | | County taxes    133.28 | 1110-000 | | | 63,509.88 |
| | {1} | | HOA dues    114.62 | 1110-000 | | | 63,509.88 |
| | | Platinum Real Estate Professionals | Commission    -3,280.00 | 3510-000 | | | 63,509.88 |
| | | Realty ONE Group, Inc. | Commission    -1,640.00 | 3510-000 | | | 63,509.88 |
| | | Platinum Real Estate Professionals | Transaction fee    -599.00 | 2500-000 | | | 63,509.88 |
| | | Stewart Title Company | Closing fee    -312.50 | 2500-000 | | | 63,509.88 |
| | | Stewart Title Company | Title Work Charge    -50.00 | 2500-000 | | | 63,509.88 |
| | | Stewart Title Company | Document fee    -200.00 | 2500-000 | | | 63,509.88 |
| | | | Recording fee    -46.00 | 2500-000 | | | 63,509.88 |
| | | NAS | HOA dues    -4,587.52 | 2500-000 | | | 63,509.88 |
| | | NAS | HOA transfer fee    -250.00 | 2500-000 | | | 63,509.88 |
| | | Bob Diamond | Reimbursement    -423.00 | 3520-000 | | | 63,509.88 |
| | | | Buyer's Premium    -7,350.00 | 2500-000 | | | 63,509.88 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.16 | 63,465.72 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.53 | 63,367.19 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.74 | 63,273.45 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.53 | 63,166.92 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.46 | 63,073.46 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.98 | 62,970.48 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.61 | 62,870.87 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.63 | 62,784.24 |
| 12/10/14 | | From Account #******3166 | Transfer funds | 9999-000 | 2,000.00 | | 64,784.24 |
| 12/10/14 | 101 | Nationstar Mortgage, LLC | Claim allowed per Court Order entered 12/2/2014 [Doc 42] | 4110-000 | | 63,509.88 | 1,274.36 |
| 12/22/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/22/2014 FOR CASE #13-12701, Bond # 016048576 | 2300-000 | | 72.36 | 1,202.00 |
| 03/31/15 | | International Sureties Bond Refund | International Sureties Bond Refund | 2300-000 | | -1.38 | 1,203.38 |
| 04/24/15 | | From Account #******3166 | Transfer Funds | 9999-000 | 1,940.30 | | 3,143.68 |

Subtotals :    $67,450.18    $64,306.50

{} Asset reference(s)

Printed: 04/24/2015 03:17 PM    V.13.15

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 13-12701 | | **Trustee:** | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| **Case Name:** | MCKAY, TINA C. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******3167 - Checking Account - Exempt |
| **Taxpayer ID #:** | **-***3535 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 04/24/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 67,450.18 | 64,306.50 | $3,143.68 |
| | | | Less: Bank Transfers | | 3,940.30 | 0.00 | |
| | | | **Subtotal** | | 63,509.88 | 64,306.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,509.88** | **$64,306.50** | |

| | | |
|---|---|---|
| Net Receipts : | 70,859.88 |
| Plus Gross Adjustments : | 18,738.02 |
| Less Other Noncompensable Items : | 7,350.00 |
| Net Estate : | $82,247.90 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3166** | 7,350.00 | 3,409.70 | 0.00 |
| **Checking # ******3167** | 63,509.88 | 64,306.50 | 3,143.68 |
| | $70,859.88 | $67,716.20 | $3,143.68 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 22, 2013

**Case Number:** 13-12701  
**Debtor Name:** MCKAY, TINA C.

Page: 1

**Date:** April 24, 2015  
**Time:** 03:17:51 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | Claim allowed per Court Order entered 4/3/2014 [Doc 35] | $3,295.10 | $3,295.10 | 0.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $442.37 | $0.00 | 442.37 |
| BOND 200 | International Sureties, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Admin Ch. 7 | | $72.36 | $72.36 | 0.00 |
| 1 100 | DESERT LINN OWNERS ASSOC.<br>DESERT LINN C/O EXCELLENCE COMMUNITY MAN<br>601 WHITNEY RANCH DR., STE. B-10<br>HENDERSON, NV 89014 | Secured | | $386.50 | $0.00 | 386.50 |
| NSM 100 | Nationstar Mortgage, LLC<br>Attn: Payment Center<br>PO Box 650783<br>Dallas, TX 75265 | Secured | Claim allowed per Court Order entered 12/2/2014 [Doc 42] | $63,509.88 | $63,509.88 | 0.00 |
| 2 610 | WELLS FARGO CARD SERVICES<br>1 HOME CAMPUS 3RD FLOOR<br>DES MOINES, IA 50328 | Unsecured | | $2,459.31 | $0.00 | 2,459.31 |
| 3 610 | ORION<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $50.00 | $0.00 | 50.00 |
| << Totals >> | | | | 70,215.52 | 66,877.34 | 3,338.18 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-12701
Case Name: MCKAY, TINA C.
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:**   $ 3,143.68

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | DESERT LINN OWNERS ASSOC. | 386.50 | 386.50 | 0.00 | 386.50 |
| NSM | Nationstar Mortgage, LLC | 63,509.88 | 63,509.88 | 63,509.88 | 0.00 |

Total to be paid to secured creditors:   $ 386.50
Remaining balance:   $ 2,757.18

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 3,295.10 | 3,295.10 | 0.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 442.37 | 0.00 | 442.37 |
| Other Expenses: International Sureties, LTD. | 72.36 | 72.36 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 442.37
Remaining balance:   $ 2,314.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:   $ 2,314.81

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,314.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,509.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 92.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | WELLS FARGO CARD SERVICES | 2,459.31 | 0.00 | 2,268.69 |
| 3 | ORION | 50.00 | 0.00 | 46.12 |

Total to be paid for timely general unsecured claims: $ 2,314.81
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

      Total to be paid for subordinated claims: $      0.00
      Remaining balance: $      0.00

**UST Form 101-7-TFR (05/1/2011)**