Jacob D. Bundick, Esq.
Nevada Bar No. 9772
Michael Hogue, Esq.
Nevada Bar No. 12400
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Emails:    bundickj@gtlaw.com
           hoguem@gtlaw.com
*Attorneys for Nationstar Mortgage, LLC*

E-FILED April 7, 2016

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>TINA C. MCKAY,<br><br>            Debtor. | Case No. BK-N-13-12701-BTB<br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE AGAINST NATIONSTAR MORTGAGE FOR FAILURE TO COMPLY WITH THE COURT'S APRIL 3, 2014, ORDER SELLING PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(F)** |

Creditor Nationstar Mortgage, LLC ("Nationstar"), by and through its counsel, Jacob D. Bundick, Esq., and Michael R. Hogue, Esq., of the law firm of Greenberg Traurig, LLP, and Tax Lien Income Fund I, LLC ("TLIF", and together with Nationstar, the "Parties"), by and through its counsel, Valerie Del Grosso, Esq., of Del Grosso Law, Ltd., hereby stipulate as follows:

WHEREAS, on March 23, 2016, the Court entered an Order to Show Cause Why Sanctions Should Not Issue Against Nationstar Mortgage for Failure to Comply with the Court's April 3, 2014, Order Selling Property Free and Clear of Liens Under Section 363(f) ("Order to Show Cause") [Doc 65];

WHEREAS, Nationstar has only recently retained counsel in this matter and additional time is required to engage in meaningful efforts to settle this matter or otherwise prepare a response to the Order to Show Cause;

1   **NOW, THEREFORE**, the parties agree as follows:

2   That the hearing date of April 26, 2016 presently scheduled for the Order to Show Cause is

3   hereby continued to **June 7, 2016, with any response being due on or before May 24, 2016 and**

4   **any reply to the response being due on or before May 31, 2016.**

| Dated: April 7, 2016. | Dated: April 7, 2016 |
|---|---|
| **GREENBERG TRAURIG, LLP** | **DEL GROSSO LAW, LTD.** |
| /s/ Michael R. Hogue<br>Jacob D. Bundick, Esq.<br>Nevada Bar No. 9772<br>Michael Hogue, Esq.<br>Nevada Bar No. 12400<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>*Counsel for Creditor Nationstar Mortgage, LLC* | /s/ Valerie Del Grosso<br>Valerie Del Grosso, Esq.<br>Nevada Bar No. 11103<br>2620 Regatta Drive #102<br>Las Vegas, Nevada 89128<br>*Counsel for Tax Lien Income Fund I, LLC* |

*LV 420665318v1*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2016, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

*/s/ Natalie Young*
an employee of Greenberg Traurig, LLP

LV 420665318v1